# ELECTRONIC RECORD

*1427-14*
*1428-14*

COA # 02-13-00018-CR      OFFENSE: OTHER CRIMINAL

STYLE: Aleksandr Goukasian v. The State of Texas      COUNTY: Tarrant

COA DISPOSITION: AFFIRM      TRIAL COURT: Criminal District Court No. 2

DATE: 09/18/2014      Publish: NO      TC CASE #: 1215851D

# IN THE COURT OF CRIMINAL APPEALS

*1427-14*
*1428-14*

STYLE: Aleksandr Goukasian v. The State of Texas      CCA #: *1428-14*

*APPELLANT'S* Petition      CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____

*REFUSED*      JUDGE: _____

DATE: 02/04/2015      SIGNED: _____      PC: _____

JUDGE: *Per Curiam*      PUBLISH: _____      DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD